IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIA D. MORALES,** | : | |
| *Plaintiff*, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| *Acting Commissioner of Social Security*, | : | |
| *Defendant*. | : | **NO. 14-2791** |

# O R D E R

**AND NOW**, this 23rd day of November, 2015, upon independent consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 9, 10), Defendant's Response (Doc. No. 12), and the administrative record, and upon review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter (Doc. No. 13), to which <u>no objections</u> were filed by either party, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 13) is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review (Doc. No. 9, 10) is **GRANTED** to the extent that the Plaintiff requests a remand;

3. The final decision of the Commissioner is **REVERSED**, and the matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation of Magistrate Judge Rueter and with this Order; and

4. The Clerk of the Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE